UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Martin E. Gillen,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>Calvin Johnson, *et al.*,<br><br>　　　　　　　Defendants. | Case No.  2:23-cv-01130-GMN-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion for Status Check. ECF No. 10.  A review of the docket shows the Court entered a Screening Order on June 13, 2024, allowing Plaintiff's Eighth Amendment conditions of confinement claim to proceed.  ECF No. 8 at 6.  On July 9, 2024, the Court set an inmate early mediation conference for August 9, 2024.  ECF No. 12.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Status Check (ECF No. 10) is DENIED as moot.

IT IS FURTHER ORDERED that the Clerk of Court **must** send Plaintiff courtesy copies of the Court's June 13, 2024 and July 9, 2024 Orders (ECF Nos. 8, 12).

DATED this 15th day of July, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE